# Peter D. Collisson
#### Prof. Corp.

Attorney at Law
361 Forest Avenue, Suite 204
Laguna Beach, CA 92651-2148

*telephone:* 949/250-7474
*facsimile:* 949/660-8001

*email:* pete@pdclaw.com
*file no.:* 1102.009-1

August 12, 2015

Ms. Ada Means
Clerk to Magistrate Judge Jacqueline
Scott Corley
U.S. District Court, Courtroom F
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

           Re:    Holmes High Rustler, LLC v. Marco A. Gomez;
                     Case No: 3:15-cv-02086

Dear Ms. Means:

      The above-referenced matter is set on your Court's calendar for August 20th at 9:00 a.m. for two events: (a) a Case Management Conference, and (b) a hearing on Defendant's motion to dismiss the Complaint.  Because of the expense involved in traveling to San Francisco the day before the hearing, staying in a hotel the night before the hearing, getting transportation to the courthouse and then to the airport, and returning by air to Southern California, I respectfully request that the Court permit me to attend that hearing by telephone, thereby minimizing or eliminating the foregoing expenses.

                                      Very truly yours,

                                      /s/Peter D. Collisson

                                      Peter D. Collisson

PDC/cm

cc:    Samuel Wu, Esq.

```
Counsel shall contact Court Call at 1-888-882-6878 to
make the arrangements to appear by telephone.
Dated: 8/13/2015
```

GRANTED
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA