1  Peter D. Collisson (SBN 53322)
   PETER D. COLLISSON PROF. CORP.
2  361 Forest Ave., Ste 204
   Laguna Beach, CA 92651
3  Tel:   (949) 250-7474; Fax: (949) 660-8001

4

5  Attorneys for Plaintiff Holmes High Rustler, LLC

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  HOLMES HIGH RUSTLER, LLC, a California limited liability company, | CASE NO. 3:15-cv-02086 |
| 12 | UNLIMITED JURISDICTION |
| 13           Plaintiff, | Assigned to the Hon. Jacqueline Scott Corley |
| 14     vs. | |
| 15 | Courtroom F, San Francisco |
| 16  MARCO A. GOMEZ, an individual, | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| 17           Defendant. | |
| 18 | |
| 19 | Complaint filed: May 7, 2015<br>Hearing: Date: November 5, 2015 |
| 20 | Time: 9:00 a.m.<br>Courtroom: F - 15th Floor |
| 21 | Case Management Conference:<br>Date: November 19, 2015<br>Time: 1:30 p.m. |
| 22 | |

23       IT IS HEREBY STIPULATED, BY AND AMONG COUNSEL OF RECORD

24  FOR ALL PARTIES, AS FOLLOWS:

25       Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is

26  currently set for hearing in the above-entitled Court at 9:00 a.m. on November 5, 2015

27  and the Case Management Conference is currently scheduled for 1:30 p.m on

28
                                          1

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS & CASE MGT CONFERENCE**

1  November 19, 2015.

2      The parties have orally reached an agreement and wish to continue the hearing on
3  the Motion to Dismiss and the Case Management Conference to 9:00 a.m. on December
4  10, 2015, or a date convenient to the Court thereafter.  Accordingly, the parties hereby
5  stipulate that the hearing on the Motion to Dismiss and the Case Management
6  Conference shall be continued to Thursday, December 10, 2015 (or the closest date
7  thereafter that is acceptable to the Court), at the same time and location as previously set.

9  DATED: October 20, 2015        PETER D. COLLISSON PROF. CORP.

12                                By: /s/ Peter D. Collisson
                                    Peter D. Collisson
                               Attorneys for Plaintiff Holmes High Rustler, LLC

14  DATED: October 20, 2015        LAW OFFICE OF SAM W. WU

17                                By: /s/ Sam W. Wu
                                   Sam W. Wu
                               Attorneys for Defendant Marco A. Gomez

Dated: October 26, 2015

**GRANTED**

*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS & CASE MGT CONFERENCE**