**Peter D. Collisson**
Prof. Corp.

Attorney at Law
361 Forest Avenue, Suite 204
Laguna Beach, CA 92651-2148

*telephone:* 949/250-7474
*facsimile:* 949/660-8001

*email:* pete@pdclaw.com
*file no.:* 1102.009-1

December 7, 2015

Ms. Ada Means
Clerk to Magistrate Judge Jacqueline
Scott Corley
U.S. District Court, Courtroom F
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: *Holmes High Rustler, LLC v. Marco A. Gomez;*
*Case No: 3:15-cv-02086*

Dear Ms. Means:

    The above-referenced matter is set on your Court's calendar for December 10th at 9:00 a.m. for two events: (a) a Case Management Conference, and (b) a hearing on Defendant's motion to dismiss the Complaint. Because of the expense involved in traveling to San Francisco the day before the hearing, staying in a hotel the night before the hearing, getting transportation to the courthouse and then to the airport, and returning by air to Southern California, I respectfully request that the Court permit me to attend that hearing by telephone, thereby minimizing or eliminating the foregoing expenses, as the Court did for the last hearing on a motion to dismiss.

                Very truly yours,

                /s/Peter D. Collisson

                Peter D. Collisson

PDC/cm

cc:   Samuel Wu, Esq.

```
Counsel shall contact Court Call at 1-888-882-6878 to make
    the arrangements to appear by telephone.
```

Dated: